**Order entered May 16, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01019-CR
### No. 05-12-01020-CR

**BRANDEN KEITH TAYLOR WILSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause Nos. 296-80602-2012, 296-80603-2012**

## ORDER

The Court **GRANTS** the State's May 14, 2013 motion for leave to file supplemental brief.

We **ORDER** the Clerk of the Court to file the State's supplemental brief as of the date of this order.

/s/    CAROLYN WRIGHT
CHIEF JUSTICE